**Charles D. VILLACRES, Plaintiff–Appellant,**

v.

**Glenn A. MUELLER; et al., Defendants–Appellees.**

No. 01–16857.

D.C. No. CV–00–00025–FCD.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2002 *.

Decided July 29, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

Charles Villacres, a California state prisoner, appeals pro se the district court's order dismissing his 42 U.S.C. § 1983 action alleging that prison conditions violated his Eighth Amendment rights and that he was denied access to the courts because his cell lacked a desk area. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 816 (9th Cir.1994) (per curiam), and we affirm.

Villacres admitted in his complaint that he never filed a grievance with prison officials regarding his claims. The district court, therefore, properly dismissed his action without prejudice for failure to exhaust administrative remedies. *See* 42 U.S.C. § 1997e(a); *Booth v. Churner,* 532 U.S. 731, 741, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.